# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

134332

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ABEDINO KONE,
      Defendant-Appellant.

SC: 134332
COA: 278008
Genesee CC: 06-018384-FH

_____/

On order of the Court, the application for leave to appeal the June 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

_____
Clerk

t1024